```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 24050
    BRIAN J BOWERS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7677


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/25/04 and confirmed on 09/23/04.

    2.  The case was dismissed after confirmation, 06/20/2008.

    3.  The Debtor paid a total of $  33460.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00           .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE     3888.45           .00         3888.45
FORD MOTOR CREDIT CO      SECURED          12333.82        246.88        10439.01
FORD MOTOR CREDIT CO      SECURED          13115.00       2137.43        10781.29
LAKEWOOD FALLS PHASE #5   SECURED           1208.00           .00         1034.16
WFNNB/HARLEM FURNITURE    SECURED               .00           .00             .00
AUTOMATED TRANSACTION CO  UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL     UNSECURED          711.05           .00             .00
CREDITORS DISCOUNT & AUD  UNSECURED       NOT FILED           .00             .00
EDWARDS HOSPITAL          UNSECURED       NOT FILED           .00             .00
EDWARDS HOSPITAL          UNSECURED       NOT FILED           .00             .00
EDWARDS HOSPITAL          UNSECURED       NOT FILED           .00             .00
GROLIER ENTERPRISES INC   UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1147.41           .00             .00
KLOMPIEN AND BROSNAN MD   UNSECURED       NOT FILED           .00             .00
NAPERVILLE RADIOLOGISTS   UNSECURED       NOT FILED           .00             .00
PRAIRIE EMERGENCY SERVIC  UNSECURED          116.60           .00             .00
SOUTH SUBURBAN HOSPITAL   UNSECURED       NOT FILED           .00             .00
YELLOW BOOK OF ILLINOIS   UNSECURED       NOT FILED           .00             .00
FORD MOTOR CREDIT CO      UNSECURED         5461.04           .00             .00
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
LITTON LOAN SERVICING IN COST OF COLLE       650.00           .00          464.45
        Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED 30545.27       650.00       7436.10         .00        38631.37
PRINCIPAL PAID     26142.91       464.45           .00         .00        26607.36
```

```
INTEREST PAID              2384.31           .00          .00          .00      2384.31
TOTAL PAID                28527.22        464.45          .00          .00     28991.67
```

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   5050.00
and was paid $   1100.00  direct and $   3044.82  through the plan.

The Trustee received $   1423.51 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                    /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE